IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | §  CASE NUMBER 6:22-CR-00062-JCB |
| v. | § |
| | § |
| | § |
| JOHN KHUU, | § |
| | § |

**ORDER OF DETENTION**

Defendant waived his rights to a detention hearing. It is therefore

**ORDERED** that the Defendant is detained pending trial without prejudice to his re-raising the issue of pretrial detention should circumstances change.

**So ORDERED and SIGNED this 6th day of October, 2022.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE