UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cr-00062

**United States of America**

v.

**John Khuu**

# ORDER

This criminal action was referred to United States Magistrate Judge John D. Love for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. Doc. 46. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on counts one, two, and three of the information. *Id.* at 2. Defendant waived his right to object to the magistrate judge's findings. *Id.*

The court hereby accepts the findings of fact and recommendation on guilty plea of the United States Magistrate Judge. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant John Khuu guilty of counts one, two, and three of the information, charging violations of (Count 1) 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering; (Count 2) 18 U.S.C. § 371 – Conspiracy to Operate an Unlicensed Money Transmitting Business; and (Count 3) 21 U.S.C. §§ 952(a), 960(a)(1) and (b)(3) – Importation of MDMA.

Counsel for defendant Khuu filed an unopposed motion to continue the date by which to file pretrial motions. Doc. 35. That motion is denied as moot.

*So ordered by the court on April 4, 2024.*

_____
J. CAMPBELL BARKER
United States District Judge