| | | | |
|---|---|---|---|
| **DATE:** | 3/12/2025 | **CASE NO.:** | **USA V.** |
| **LOCATION:** | Tyler | **6:22-cr-00062** | **John Khuu** |
| **JUDGE:** | J. Campbell Barker | | |
| **DEP CLERK:** | Nicole Cadenhead | Counsel for Government: | Counsel for Defendant: |
| **REPORTER:** | Shawnie Archuleta | Ryan Locker | Clint Broden |
| **USPO:** | Molly Bryson | | |
| **INTERPRETER:** | | | |

**SENTENCING HEARING HELD**   **BEGIN:** 10:15   **ADJOURN:** 10:23   **TOTAL TIME:** 8 min.

**PRESENTENCE REPORT:** ☑ Adopted in Its Entirety
- ☐ Objections and Court Ruling
- ☐ PSR CHANGED AS FOLLOWS:

**PLEA AGREEMENT:** ☑ ACCEPTED  ☑ REJECTED
- ☐ Plea Agreement (and Factual Basis, Stipulation, Elements if sealed) **UNSEALED** pursuant to Local Rule CR-49.

**CRIME VICTIMS:** ☑ NONE  ☐ Victims Addressed the Court:

**MOTIONS:** ☐ None
- ☑ Govt's Motion: ☑ GRANTED ☐ DENIED
- ☐ Dft's Motion: ☐ GRANTED ☐ DENIED
- ☐ Other: Govt's motion to dismiss all remaining counts and motion for forfeiture granted.

**ALLOCUTION:** ☐ Dft DID allocute  ☑ Dft DID NOT allocute

## IMPOSITION OF SENTENCE:

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT |
|---|---|---|---|---|---|
| 1 | 87 months | The custody terms of counts 1 and 2 are concurrent | waived | | $200.00 |
| 2 | 60 months | | | | |
| | | | ☐ Interest Waived | ☐ Interest Waived | |

## BOP RECOMMENDATIONS:

**DESIGNATION:** FCI Lompoc or Herlong
- ☑ Substance Abuse Treatment
- ☐ Sex Offender Treatment
- ☐ Other:
- ☐ Mental Health Treatment
- ☐ Financial Responsibility
- ☐ NONE

## SUPERVISION:

**3 YEARS SUPERVISED RELEASE**
- ☐ Mandatory and Special Conditions as set forth in Presentence Report
- ☐ No Term of Supervision

Other Conditions

☐ Dft advised of right to APPEAL & Court Appointed Counsel

**REMAINING COUNTS:** ☐ NONE  ☑ Govt moved to dismiss. Court granted.

**FORFEITURE:** $159,624.00 in U.S. currency and a sum of money equal to $90,376.00 in United States currency.

## CUSTODY:

DEFENDANT REMANDED TO UNITED STATES MARSHAL

## ADDITIONAL PROCEEDINGS:

The Court made the following findings:
Total Offense Level -  21
Criminal History Category -  V
Range of  70 - 87  months


The parties did not object to these findings.